UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JORDAN MICHAEL CRALL,

        Plaintiff,

v.

    Case No. 2:18-cv-121

    Honorable Paul L. Maloney

DONALD TRUMP et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: September 24, 2018         /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge